# Court of Appeals
# of the State of Georgia

ATLANTA, June 07, 2013

*The Court of Appeals hereby passes the following order*

**A13I0160. GEORGE H. MARSHALL v. SARAH E. WARLICK.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2012CV217343



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, June 07, 2013.*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*, Clerk.*